UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Dori Sheehan

   v.

US Social Security Administration,
Acting Commissioner

Case No. 18-cv-586-SM

ORDER

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated March 27, 2019, for the reasons set forth therein.

Plaintiff's motion for order reversing the Acting Commissioner's decision, (doc. no. 10), is denied; the Acting Commissioner's motion for an order affirming her decision, (doc. no. 12), is granted.

The clerk of the court shall enter judgment in accordance with this order and close the case.

Steven J. McAuliffe
United States District Judge

Date: April 12, 2019

cc: D. Lance Tillinghast, Esq.
    John J. Engel, Esq.
    Michael L. Henry, Esq.